1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

6  Attorneys for the United States

**FILED**

MAR 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF:

2,363 SHARES OF GREATER SACRAMENTO BANCORP HELD IN THE NAME OF DARRELL HINZ,

Defendant.

2:12-SW 0 0 1 2 4   EFB

ORDER ON UNITED STATES' REQUEST FOR CONDITIONS ON ASSET SUBJECT TO SEIZURE

**SEALED**

A seizure warrant was issued on March 15, 2012 directing the seizure of 2,363 shares of Greater Sacramento Bancorp held in the name of Darrell Hinz. Upon application of the United States of America and pursuant to the seizure warrant and the Court's authority under Title 28, United States Code, Section 1355, IT IS HEREBY

ORDERED that the **Greater Sacramento Bancorp** shall not transfer, convey or dispose of the stock shares specified in this seizure order without further order of this Court, that the **Greater Sacramento Bancorp** shall not grant, convert, or otherwise modify the stock shares specified in this seizure order without further order of this Court, nor shall the **Greater Sacramento Bancorp** honor any demands by anyone or any

1  entity to leverage or borrow against the stock shares specified in this seizure order
2  without further order of this Court.[1] It is further

4  ORDERED, that **Greater Sacramento Bancorp** shall remit all disbursement or
5  remuneration including but not limited to, dividend, interest, or settlement payments,
6  affiliated with stock shares specified in this seizure order payable to the U.S. Department
7  of Treasury and sent to the Internal Revenue Service – Criminal Investigations, 4330
8  Watt Avenue, Suite 205, Sacramento, California 95821, Attn: Jason Lamb, AFC. It is
9  further

11  ORDERED, that **Greater Sacramento Bancorp** shall send copies of all future
12  correspondence pertaining to the stock shares specified in this seizure order including
13  but not limited to, statements and voting notices, to the Internal Revenue Service –
14  Criminal Investigations, 4330 Watt Avenue, Suite 205, Sacramento, California 95821,
15  Attn: Jason Lamb, AFC. It is further

17  ORDERED, that **Greater Sacramento Bancorp** shall comply with each and
18  every term of this Court order, however, subject to the Court modifying its own order for
19  good cause shown.

21  Date: 3-15, 2012

EDMUND F. BRENNAN
United States Magistrate Judge

---

[1] References to the "stock shares specified in this seizure order" incorporate the par value and/or equity ownership interest represented by the stock shares.